## 26976.   MORGAN v. MORGAN.

NICHOLS, Justice. 1. Under the decision in *Newton v. Newton,* 226 Ga. 440 (175 SE2d 543), no reversible error appears in this case where the trial court permitted the plaintiff to withdraw her demand for jury trial without service upon the defendant or his counsel.

2. The remaining enumerations of error, which were either not raised in the trial court or are not supported by the record on appeal, show no reversible error.

*Judgment affirmed. All the Justices concur.*
SUBMITTED FEBRUARY 15, 1972—DECIDED MARCH 9, 1972.

*Oliver & Oliver, Hugh M, Martin,* for appellant.